tiorari to the Circuit Court of Appeals for the Seventh Circuit denied. MR. JUSTICE MURPHY and MR. JUSTICE JACKSON took no part in the consideration or decision of this application. *Messrs. William H. Thompson, Perry E. O'Neal, Patrick J. Smith,* and *Sidney S. Miller* for petitioner. *Solicitor General Fahy* and *Messrs. Robert L. Stern, Warner W. Gardner, Arnold Levy,* and *Jesse B. Messitte* for Dan H. Wheeler, and *Messrs. Burr Tracy Ansell* and *Roger Robb* for the Bituminous Coal Producers Board, District No. 8, respondents.

No. 820. HYER ET AL. *v.* ROTH ET AL. April 5, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. MR. JUSTICE MURPHY and MR. JUSTICE JACKSON took no part in the consideration or decision of this application. *Mr. Charles P. Dickinson* for petitioners. *Messrs. H. N. Roth, Clark W. Jennings,* and *Lloyd B. Kanter* for respondents.

No. 751. MILLER *v.* WISCONSIN DEPARTMENT OF TAXATION ET AL. April 5, 1943. Petition for writ of certiorari to the Supreme Court of Wisconsin denied. *Mr. A. W. Schutz* for petitioner. *Mr. Harold H. Persons* for respondents.

No. 763. DIXIE ROSE NURSERY *v.* COE, COMMISSIONER OF PATENTS. April 5, 1943. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Messrs. Harry C. Robb, John F. Robb,* and *Harry C. Robb, Jr.* for petitioner. *Solicitor General Fahy* and *Assistant*